IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

**FILED**

**2017 APR 17 P 3: 44**

**CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 1:16-CR-169-A |
| ) | |
| v. ) | Honorable Gerald Bruce Lee |
| ) | |
| RAUSHI CONRAD, ) | Trial: April 24, 2017 |
| ) | |
| Defendant. ) | |

### TRIAL EXHIBIT CUSTODY FORM

Government Exhibits 1-1 through 605 as designated on the Government's Trial Exhibit List and filed this date were received on this __17th__ day of April, 2017.

_____
Signature of person receiving exhibits

------------------------------------------------------------

I certify that the exhibits being submitted to the court are those listed on the exhibit list filed at this time.

_____
Signature person certifying