IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | Case No. 1:16-CR-169 |
|---|---|---|
| | ) | |
| v. | ) | Honorable Gerald Bruce Lee |
| | ) | |
| RAUSHI J. CONRAD, | ) | Trial: April 24, 2017 |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S FIRST AMENDED EXHIBIT LIST**

The United States of America, by and through undersigned counsel, hereby submits its list of trial exhibits.

| Exhibit Number | Description | Bates range | Off'd | Adm'd | Notes |
|---|---|---|---|---|---|
| **Financial Records, Transactional Records, Invoices, and Contracts** ||||||
| 1-1 | CPE Invoice No. 127 dated 12/10/2010 | 1B1-001162 | | | |
| 1-2 | CPE Invoice No. 137 dated 2/2/2011 | 1B1-001164 | | | |
| 1-3 | CPE Invoice No. 2172 dated 6/17/2011 | 1B1-001167 | | | |
| 1-4 | CPE Invoice No. 1472 dated 8/11/2011 | 1B1-001169 | | | |
| 2 | American Express records for account in the name of Raushi J Conrad, account no. ending in 92009 | 1A123-001005 to 1067 | | | |
| 3 | Bankruptcy schedules, *In re Raushi J Conrad*, Case No. 13-13927, Doc. No. 12 | BK-00000001 to 40 | | | |
| 4 | BB&T Bank records for account in the name of The Chicken Place Express, account no. ending in 9546 | 1A013-000007 to 8; 1A013-000012 to 186 | | | |

| Exhibit Number | Description | Bates range | Off'd | Adm'd | Notes |
|---|---|---|---|---|---|
| 5 | BB&T Bank records for account in the name of Chicken Place Group Inc, account no. ending in 9554 | 1A013-000009 to 10; 1A013-000219 to 221; 1A013-000348 to 350 | | | |
| 6-1 | Bedford's Images Inc. invoice no. 1680 dated 7/8/2010 | RC-MAIN-00005976 | | | |
| 6-2 | Bedford's Images Inc. invoice no. 1681 dated 7/19/2010 | RC-MAIN-00005978 | | | |
| 6-3 | Bedford's Images Inc. invoice no. 1683 dated 9/23/2010 | RC-MAIN-00005985 | | | |
| 6-4 | Bedford's Images Inc. invoice no. 1684 dated 11/9/2010 | RC-MAIN-00005961 | | | |
| 6-5 | Bedford's Images Inc. invoice no. 1689 dated 2/7/2011 | RC-MAIN-00006007 to 6008 | | | |
| 6-6 | Bedford's Images Inc. invoice no. 1692 dated 3/4/2011 | RC-MAIN-00006019 to 6020 | | | |
| 6-7 | Bedford's Images Inc. invoice no. 1693 dated 3/4/2011 | RC-MAIN-00006022 to 6023 | | | |
| 6-8 | Bedford's Images Inc. invoice no. 1694 dated 4/5/2011 | RC-MAIN-00006016 | | | |
| 6-9 | Bedford's Images Inc. invoice no. 1696 dated 5/9/2011 | RC-MAIN-00005991 | | | |
| 7 | Bedford's Images, Inc. Schedule K-1, James C. Bedford, 2010 | 1B049-000046 | | | |
| 8 | Bedford's Images, Inc. Schedule K-1, James C. Bedford, 2011 | 1B049-000140 | | | |
| 9 | Boyd Plumbing, Heating & Air Conditioning, L.C. invoice no. 2735-1 dated 5/11/2011 | 1B069-000114 | | | |
| 10-1 | Contractor invoices issued by Bina Martin-Giles | 1B7-002797 | | | |
| 10-2 | Contractor invoices issued by Brittny Li | 1B1-000227 | | | |
| 10-3 | Contractor invoices issued by Danielle Hodge | 1B1-000045; 47; 49; 51; 53; 55; 57; 59; 1B7-002773; 2785; 2803 | | | |
| 10-4 | Contractor invoices issued by Jeremy Baker | 1B5-001059; 1061; 1063; 1065; 1067; 1069; 1071; 1073; 1075; 1077; 1079 | | | |

| Exhibit Number | Description | Bates range | Off'd | Adm'd | Notes |
|---|---|---|---|---|---|
| 10-5 | Contractor invoices issued by Kenneth Hodge | RC-MAIN-00005375; 5378; 5380; 5383; 5387; 5389; 5391; 5393 | | | |
| 10-6 | Contractor invoice issued by Rebecca Pulluaim | 1B079-000266 | | | |
| 10-7 | Contractor invoices issued by Shannon Bedford | 1B1-000018; 20; 22; 24; 26; 28; 1B7-002775; 2794 | | | |
| 10-8 | Contractor invoices issued by Una Trammel | RC-MAIN-00005313 to 5316; 5318; 5320; 5322; 5326; 5328 | | | |
| 10-9 | Contractor invoice issued by Wray Jones | 1B5-001081 | | | |
| 11 | Delaney Harris Purchase Order No. 454824 | 1B1-000916 | | | |
| 12 | Fairfax Company of Virginia, LLC accounting and payment records for The Chicken Place | 1A012-000094 to 137; 141 to 143; 146 to 156; 159 to 160; 164 to 167; 172 to 174; 185 to 188; 196 to 198; 204 to 206; 208; 211 to 212; 636; 639 | | | |
| 13 | IRS Forms 1040, W2, and associated schedules for Raushi J. Conrad and Ana Conrad, tax year 2010 | RC-IRS-00000139 to 153 | | | |
| 14 | IRS Forms 1040, W2, and associated schedules for Raushi J. Conrad and Ana Conrad, tax year 2011 | RC-IRS-00000182 to 192 | | | |
| 15 | IRS Form 1120S, Schedule K1, and associated schedules for The Chicken Place Express, tax year 2010 | RC-IRS-00000177 to 181 | | | |
| 16 | IRS Certification of Lack of Record, The Chicken Place Express, tax year 2011 | RC-IRS-00000138 | | | |
| 17 | National Place Lease Company, LLC lease ledger for The Chicken Place Express | 1A008-000560.xls | | | |

3

| Exhibit Number | Description | Bates range | Off'd | Adm'd | Notes |
|---|---|---|---|---|---|
| 18 | Northwest Federal Credit Union records for vehicle loan and home equity line of credit in the name of Raushi J. Conrad | 1A007-000017 to 40; 154 to 156; | | | |
| 19 | Notification of Personnel Action form for Raushi J. Conrad dated 10/28/2011 | RC-DOCOIG-00000318 | | | |
| 20 | Office Depot receipt dated 06/29/2010 | 1B5-000341 | | | |
| 21 | PNC Bank records for account in the name of Team America Contractors, Inc., account no. ending in 5448 | 1A161 1 OF 2_2-000012 to 13; 47 to 68; 1A161 1 OF 2_1-000004 to 10 1A161 1 OF 2_1-000544 to 1124 | | | |
| 21-1 | Check No. 1539 drawn on PNC Bank account in the name of Team America Contractors, Inc., account no. ending in 5448 | 1A161 1 OF 2_1-000650 | | | |
| 21-2 | Check No. 1546 drawn on PNC Bank account in the name of Team America Contractors, Inc., account no. ending in 5448 | 1A161 1 OF 2_1-000684 | | | |
| 21-3 | Check No. 1574 drawn on PNC Bank account in the name of Team America Contractors, Inc., account no. ending in 5448 | 1A161 1 OF 2_1-000740 | | | |
| 21-4 | Check No. 1546 drawn on PNC Bank account in the name of Team America Contractors, Inc., account no. ending in 5448 | 1A161 1 OF 2_1-001046 | | | |
| 21-5 | Check No. 1440 drawn on PNC Bank account in the name of Team America Contractors, Inc., account no. ending in 5448 | 1A161 1 OF 2_1-000881 | | | |
| 21-6 | Check No. 1452 drawn on PNC Bank account in the name of Team America Contractors, Inc., account no. ending in 5448 | 1A161 1 OF 2_1-000898 | | | |
| 21-7 | Check No. 1589 drawn on PNC Bank account in the name of Team America Contractors, Inc., account no. ending in 5448 | 1A161 1 OF 2_1-001032 | | | |

| Exhibit Number | Description | Bates range | Off'd | Adm'd | Notes |
|---|---|---|---|---|---|
| 22 | PNC Bank records for account in the name of The Chicken Place Express, account no. ending in 0924 | 1A161 2 OF 2-000249; 393 to 414; 572 to 587 | | | |
| 23 | Powell Contracting LLC email and attached invoice No. 216 dated 5/4/2011 | 1A150-000445 to 446 | | | |
| 24 | Powell Contracting LLC email and attached invoice No. 226 dated 6/24/2011 | 1A150-000532 to 533 | | | |
| 25 | Requisition for Supplies / Service dated 9/7/2011 | RC-MAIN-00005915 to 5916 | | | |
| 26 | Solicitation / Contract / Order For Commercial Items form dated 9/7/2011 | RC-MAIN-00005913 to 5914 | | | |
| 27 | SunTrust Bank records for account in the name of Team America Contractors Inc., account no. ending in 6995 | RC-MAIN-00006838 to 6839; RC-DOCOIG-00049048 to 49057; 49080 to 49169; 49266 to 49427 | | | |
| 27-1 | Check No. 100 drawn on SunTrust Bank account in the name of Team America Contractors, Inc., account no. ending in 6995 | RC-DOCOIG-00049081 | | | |
| 27-2 | Check No. 1219 drawn on SunTrust Bank account in the name of Team America Contractors, Inc., account no. ending in 6995 | RC-DOCOIG-00049113 | | | |
| 27-3 | Check No. 1240 drawn on SunTrust Bank account in the name of Team America Contractors, Inc., account no. ending in 6995 | RC-DOCOIG-00049102 | | | |
| 27-4 | Check No. 1149 drawn on SunTrust Bank account in the name of Team America Contractors, Inc., account no. ending in 6995 | RC-DOCOIG-00049156 | | | |
| 28 | TD Bank records for account no. ending in 5240 | 1A122-000254 to 256 | | | |
| 29 | Team America Contractors, Inc. Schedule K-1, James C. Bedford, 2011 | 1B049-000014 | | | |
| 30-1 | Team America Contractors, Inc., Form 1099-MISC, Brittany Li, 2011 | 1B089-000588 | | | |

| Exhibit Number | Description | Bates range | Off'd | Adm'd | Notes |
|---|---|---|---|---|---|
| 30-2 | Team America Contractors, Inc., Forms 1099-MISC, Danielle Hodge and Kenneth Hodge, 2010 | 1B089-000614 | | | |
| 30-3 | Team America Contractors, Inc., Form 1099-MISC, Danielle Hodge, 2011 | 1B089-000579 | | | |
| 30-4 | Team America Contractors, Inc., Form 1099-MISC, Jeremy Baker, 2011 | 1B089-000580 | | | |
| 30-5 | Team America Contractors, Inc., Form 1099-MISC, Kenneth Hodge, 2011 | 1B089-000581 | | | |
| 30-6 | Team America Contractors, Inc., Forms 1099-MISC, Rebecca Pulluaim and Shannen Bedford, 2010 | 1B089-000615 | | | |
| 30-7 | Team America Contractors, Inc., Form 1099-MISC, Una Trammel, 2010 | 1B089-000616 | | | |
| 30-8 | Team America Contractors, Inc., Form 1099-MISC, Una Trammel, 2011 | 1B089-000582 | | | |
| 31-1 | Tridea Works, LLC check and check stub no. 4844 | RC-MAIN-00005974 | | | |
| 31-2 | Tridea Works, LLC check and check stub no. 4881 | RC-MAIN-00005983 | | | |
| 31-3 | Tridea Works, LLC check and check stub no. 4899 | RC-MAIN-00005959 | | | |
| 31-4 | Tridea Works, LLC check and check stub no. 4943 | RC-MAIN-00006002 | | | |
| 31-5 | Tridea Works, LLC check and check stub no. 4962 | RC-MAIN-00006011 | | | |
| 31-6 | Tridea Works, LLC check and check stub no. 4973 | RC-MAIN-00006017 | | | |
| 31-7 | Tridea Works, LLC check and check stub no. 4989 | RC-MAIN-00005989 | | | |
| 32-1 | Tridea Works, LLC Job Status Report dated 08/06/2010 | RC-MAIN-00005973 | | | |
| 32-2 | Tridea Works, LLC Job Status Report dated 10/22/2010 | RC-MAIN-00005981 to 5982 | | | |

| Exhibit Number | Description | Bates range | Off'd | Adm'd | Notes |
|---|---|---|---|---|---|
| 32-3 | Tridea Works, LLC Job Status Report dated 11/18/2010 | RC-MAIN-00005958 | | | |
| 32-4 | Tridea Works, LLC Job Status Report dated 02/09/2011 | RC-MAIN-00006001 | | | |
| 32-5 | Tridea Works, LLC Job Status Report dated 04/13/2011 | RC-MAIN-00006010 | | | |
| 32-6 | Tridea Works, LLC Job Status Report dated 05/25/2011 | RC-MAIN-00005988 | | | |
| 33-1 | Tridea Works, LLC Voucher Edit Report, voucher no. 1215 | RC-MAIN-00005975 | | | |
| 33-2 | Tridea Works, LLC Voucher Edit Report, voucher no. 1216 | RC-MAIN-00005977 | | | |
| 33-3 | Tridea Works, LLC Voucher Edit Report, voucher no. 1329 | RC-MAIN-00005984 | | | |
| 33-4 | Tridea Works, LLC Voucher Edit Report, voucher no. 1378 | RC-MAIN-00005960 | | | |
| 33-5 | Tridea Works, LLC Voucher Edit Report, voucher no. 1523 | RC-MAIN-00006006 | | | |
| 33-6 | Tridea Works, LLC Voucher Edit Report, voucher no. 1655 | RC-MAIN-00006018 | | | |
| 33-7 | Tridea Works, LLC Voucher Edit Report, voucher no. 1650 | RC-MAIN-00006015 | | | |
| 33-8 | Tridea Works, LLC Voucher Edit Report, voucher no. 1724 | RC-MAIN-00005990 | | | |
| 33-9 | Tridea Works, LLC Voucher Edit Report, voucher no. 1656 | RC-MAIN-00006021 | | | |
| 34 | Tridea Works, LLC subcontract agreement with Bedford's Images, Inc., dated 6/14/2010 | 1A150-000168 to 1A150-000176 | | | |
| 35 | Tridea Works, LLC subcontract agreement with Bedford's Images, Inc., dated 11/5/2010 | RC-DOCOIG-00036936 to 36944 | | | |
| 36 | Virginia State Corporation Commission records for Bedford's Images, Inc. | RC-MAIN-00002859 to 2884 | | | |
| 37 | Virginia State Corporation Commission records for The Chicken Place Express | RC-MAIN-00002721 to 2730 | | | |

| Exhibit Number | Description | Bates range | Off'd | Adm'd | Notes |
|---|---|---|---|---|---|
| 38 | Virginia State Corporation Commission records for Chicken Place Group Inc. | RC-MAIN-00002773 to 2778 | | | |
| 39 | Virginia State Corporation Commission records for Team America Contractors, Inc. | RC-MAIN-00002779 to 2801 | | | |
| 40 | Wells Fargo Bank successor to Wachovia Bank records for account in the name of Bedford's Images Inc., account no. ending in 2939 / 6293 | 1A120-000122; 152; 192; 252; 312; 351; 419; 1A139-000037; 565 to 598 | | | |
| 41 | Wells Fargo Bank successor to Wachovia Bank records for account in the name of Tridea Works, LLC, account no. ending in 9882 | RC-MAIN-00006123 to 6131 | | | |
| 42 | Audiorecording of interview of Raushi Conrad on October 19, 2011 | RC-DOCOIG-00004490 | | | |
| 42-1 | Excerpt 1 of audiorecording of interview of Raushi Conrad on October 19, 2011 (56:00 through 57:36) | RC-DOCOIG-00004490 | | | |
| 42-2 | Excerpt 2 of audiorecording of interview of Raushi Conrad on October 19, 2011 (1:09:29 through 1:10:13) | RC-DOCOIG-00004490 | | | |
| 42-T | Transcript of excerpts 1 and 2 of audiorecording of interview of Raushi Conrad on October 19, 2011 | | | | |
| 43 | [Reserved] | | | | |
| 44 | Interagency Agreement Between SPAWARSYSCEN Charleston and DOC/BIS | 1B121-000242 to 1B121-000247 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Exhibit Number | Description | Bates range | Off'd | Adm'd | Notes |
|---|---|---|---|---|---|
| | **_Emails_** | | | | |
| 101 | Email dated 6/4/2010 from Robert Moffett to Henry Hodor, cc to Kim Bryant and James Bedford, subject: "BI-INC" | RC-DOCOIG-00037079 | | | |
| 102 | Email chain dated 3/14/2011 from Ronald Rolfe to Raushi Conrad, copying Kim Sins, subject: "RE: Please Followup On Document Transfer" | RC-DOCOIG-00054337 to 54338 | | | |
| 103 | Email dated 2/23/2011 from Gerard Horner to Raushi Conrad, cc to Kevin Kurland, Ashley Miller, and Teresa Telesco, subject: "RE: Files that were not moved to CAI" | RC-DOCOIG-00051341 to 51342 | | | |
| 104 | Email dated 3/1/2011 from Gerard Horner to Raushi Conrad, cc to Teresa Telesco and Mark Crawford, subject: "RE: Moving of Files" | RC-DOCOIG-00052098 | | | |
| 105 | Email dated 6/17/2010 from James Bedford to Henry Hodor, cc to vbertrand, subject: "Re: Cost Estimate" | RC-DOCOIG-00037055 to 37057 | | | |
| 106 | Email from Valetta Bertrand to Raushi Conrad, cc to James Bedford, dated 9/7/2011, subject: "Estimate from TEAM AMERICA CONTRACTORS, INC" and attachment | RC-DOCOIG-00084700 to 84701 | | | |
| 107 | Email from Raushi Conrad to Patricia Woodberry, cc Eddie Donnell, dated 9/8/2011, subject: "Re: Estimate from TEAM AMERICA CONTRACTORS, INC" | RC-DOCOIG-00090599 | | | |
| 108 | Email from Raushi Conrad to Kim Sins dated 3/17/2011, subject: "SOW" | RC-DOCOIG-00000574 | | | |
| 109 | Email from Kim Bryant to James Bedford, cc to Robert Moffett, Kim Sins, Henry Hodor, Tan Tran, dated 2/9/2011, subject: "Work For DOC/BIS" | RC-DOCOIG-00036985 | | | |

| Exhibit Number | Description | Bates range | Off'd | Adm'd | Notes |
|---|---|---|---|---|---|
| 110 | Email from Kim Bryant to Raushi Conrad dated 2/22/2011, subject: "RE: Political Staff File Transfers" | RC-DOCOIG-00051140 to 51141 | | | |
| 111 | Email from Kim Sins to Raushi Conrad, Carlton Parks, cc to Eddie Donnell, dated 5/11/2011, subject: "RE: migration files" | RC-DOCOIG-00062845 | | | |
| 112 | Email from Kim Sins to Eddie Donnell, Raushi Conrad, Jack Ward, dated 4/4/2011, subject: "Document Migration Contractor" | RC-DOCOIG-00057752 | | | |
| 113 | Email from James Bedford to Henry Hodor, cc to Valetta Bertrand, dated 6/17/2011, subject: "RE: Cost Estimate" | RC-DOCOIG-00037055 to 37057 | | | |
| 114 | Email from Robert Moffett to James Bedford dated 2/9/2011, subject: "Re: Changing organizations" | 1A152 2 OF 2-000530 | | | |
| 115 | Email from Robert Moffett to James Bedford dated 6/4/2010, subject: "SOW" | 1A152 1 OF 2-000653 | | | |
| 116 | Email from Jian Mao to Raushi Conrad, Dawn Leaf, and Eddie Donnell dated 9/28/2005, subject: "Fyi – Knowcean led networking design/service for the SI's data migration center effort" | 1A151-000069 | | | |
| 117 | Email from Raushi Conrad to Patricia Woodberry, dated 9/7/2011, subject: "Fw: Estimate from TEAM AMERICA CONTRACTORS, INC" | RC-DOCOIG-00090586 to RC-DOCOIG-00090587 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Exhibit Number | Description | Bates range | Off'd | Adm'd | Notes |
|---|---|---|---|---|---|
|  | Stipulations | | | | |
| 201 | Stipulation Regarding Defendant's Status as a Public Official | N/A | | | |
| 202 | Stipulation Regarding Authenticity and Business Record Foundation of Certain Documents | N/A | | | |
|  | Transcripts | | | | |
| 301 | Transcript of testimony of Charles Boyd | RC-GJ-00000044 - 61 | | | |
| 302 | Transcript of testimony of Danielle Hodge | RC-GJ-00000025 - 43 | | | |
| 303 | Transcript of testimony of Kenneth Hodge | RC-GJ-00000089 - 108 | | | |
| 304 | Transcript of testimony of Quentin Powell | RC-GJ-00000164 - 183 | | | |
| 305 | Transcript of testimony of Jeremy Baker | RC-GJ-00000001 - 24 | | | |
| 306 | Transcript of testimony of Alice Bertrand | RC-GJ-00000109 - 163 | | | |
| 307 | Transcript of testimony of Glenn Bertrand, Jr. | RC-GJ-00000292 - 332 | | | |
| 308 | Transcript of testimony of Valetta Bertrand | RC-GJ-00000618 - 673 | | | |
| 309 | Transcript of testimony of Una Trammel | RC-GJ-00000062 - 88 | | | |
|  | Grand Jury Exhibits | | | | |
| 401 | Grand Jury Exhibit 1 | RC-GJ-000000184 - 186 | | | |
| 402 | Grand Jury Exhibit 2 | RC-GJ-000000187 | | | |
| 403 | Grand Jury Exhibit 3 | RC-GJ-000000188 | | | |
| 404 | Grand Jury Exhibit 4 | RC-GJ-000000189 | | | |

| Exhibit Number | Description | Bates range | Off'd | Adm'd | Notes |
|---|---|---|---|---|---|
| 405 | Grand Jury Exhibit 5 | RC-GJ-000000190 | | | |
| 406 | Grand Jury Exhibit 6 | RC-GJ-000000191 | | | |
| 407 | Grand Jury Exhibit 7 | RC-GJ-000000192 | | | |
| 408 | Grand Jury Exhibit 8 | RC-GJ-000000193 | | | |
| 409 | Grand Jury Exhibit 9 | RC-GJ-000000194 | | | |
| 410 | Grand Jury Exhibit 10 | RC-GJ-000000195 | | | |
| 411 | Grand Jury Exhibit 11 | RC-GJ-000000196 | | | |
| 412 | Grand Jury Exhibit 12 | RC-GJ-000000197 | | | |
| 413 | Grand Jury Exhibit 13 | RC-GJ-000000198 | | | |
| 414 | Grand Jury Exhibit 14 | RC-GJ-000000199 | | | |
| 415 | Grand Jury Exhibit 15 | RC-GJ-000000200 | | | |
| 416 | Grand Jury Exhibit 16 | RC-GJ-000000201 | | | |
| 417 | Grand Jury Exhibit 17 | RC-GJ-000000202 | | | |
| 418 | Grand Jury Exhibit 18 | RC-GJ-000000203 | | | |
| 419 | Grand Jury Exhibit 19 | RC-GJ-000000205 | | | |
| 420 | Grand Jury Exhibit 20 | RC-GJ-000000206 - 207 | | | |
| 421 | Grand Jury Exhibit 21 | RC-GJ-000000204 | | | |
| 422 | Grand Jury Exhibit 22 | RC-GJ-000000208 - 209 | | | |
| 423 | Grand Jury Exhibit 23 | RC-GJ-000000210 - 220 | | | |

| Exhibit Number | Description | Bates range | Off'd | Adm'd | Notes |
|---|---|---|---|---|---|
| 424 | Grand Jury Exhibit 24 | RC-GJ-000000221 - 228 | | | |
| 425 | Grand Jury Exhibit 25 | RC-GJ-000000229 - 235 | | | |
| 426 | Grand Jury Exhibit 26 | RC-GJ-000000236 - 245 | | | |
| 427 | Grand Jury Exhibit 27 | RC-GJ-000000246 - 255 | | | |
| 428 | Grand Jury Exhibit 28 | RC-GJ-000000256 - 258 | | | |
| 429 | Grand Jury Exhibit 29 | RC-GJ-000000259 - 260 | | | |
| 430 | Grand Jury Exhibit 30 | RC-GJ-000000261 - 263 | | | |
| 431 | Grand Jury Exhibit 31 | RC-GJ-000000264 - 265 | | | |
| 432 | Grand Jury Exhibit 32 | RC-GJ-000000266 - 271 | | | |
| 433 | Grand Jury Exhibit 33 | RC-GJ-000000272 - 276 | | | |
| 434 | Grand Jury Exhibit 34 | RC-GJ-000000277 - 280 | | | |
| 435 | Grand Jury Exhibit 35 | RC-GJ-000000281 - 282 | | | |
| 436 | Grand Jury Exhibit 36 | RC-GJ-000000283 - 285 | | | |
| 437 | Grand Jury Exhibit 37 | RC-GJ-000000286 - 289 | | | |
| 438 | Grand Jury Exhibit 38 | RC-GJ-00000333 | | | |
| 439 | Grand Jury Exhibit 39 | RC-GJ-000000334 | | | |
| 440 | Grand Jury Exhibit 40 | RC-GJ-000000335 | | | |
| 441 | Grand Jury Exhibit 41 | RC-GJ-000000336 | | | |
| 442 | Grand Jury Exhibit 42 | RC-GJ-000000337 - 338 | | | |

| Exhibit Number | Description | Bates range | Off'd | Adm'd | Notes |
|---|---|---|---|---|---|
| 443 | Grand Jury Exhibit 43 | RC-GJ-00000339 | | | |
| **Plea Paperwork** | | | | | |
| 501 | Plea agreement of James Bedford | | | | |
| 502 | Statement of facts of James Bedford | | | | |
| **Summary Charts** | | | | | |
| 601 | Summary Chart of Things of Value To/For the Benefit of Raushi J. Conrad | | | | |
| 602 | Summary Chart of Payments From Tridea Woks, LLC to Bedford's Images, Inc. for Data Migration | | | | |
| 603 | Summary Chart of Payments From Bedford's Images Inc to Team America Contractors, Inc for Data Migration | | | | |
| 604 | Summary Chart of Bedford's Images Data Migration Project Revenue and Costs | | | | |
| 605 | Summary Chart of Absence of Repayment | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

The government further respectfully requests leave of the Court to file additional exhibits if necessary.

                Dana J. Boente
                United States Attorney

By:       /s/
            Matthew Burke
            Jamar K. Walker
            Assistant United States Attorneys
            Eastern District of Virginia
            Counsel for the United States of America
            United States Attorney's Office
            2100 Jamieson Avenue
            Alexandria, VA 22314
            Tel.: (703) 299-3700
            Fax: (703) 299-3981
            Email: matthew.burke@usdoj.gov
            Email: jamar.k.walker@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 23, 2017, I will electronically file the foregoing with the Clerk of Court using the CM/ECF, which will then send a notification of such filing (NEF) to counsel of record.

                                      Dana J. Boente
                                      United States Attorney

            By:          /s/
                                      Matthew Burke
                                      Assistant United States Attorney